## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Priest, Imogene M

Printed:  8/26/08

Case Number:  06 B 16480
Judge:  Squires, John H
Filed:  12/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  July 16, 2008
Confirmed:  February 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,740.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,648.92 |
| Trustee Fee: |  | 91.08 |
| Other Funds: |  | 0.00 |
| Totals: | 1,740.00 | 1,740.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,110.00 | 1,648.92 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 11,962.07 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 296.23 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 293.71 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,529.42 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 8. | Sanford Kahn | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,191.43 | $ 1,648.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 23.04 |
| 5.4% | 68.04 |
|  | _____ |
|  | $ 91.08 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Priest, Imogene M

Printed:  8/26/08

Case Number:  06 B 16480

Judge:  Squires, John H

Filed:  12/13/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

